B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Connecticut | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Thornton & Co., Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**06-1319629** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**132 Main Street, #3**<br>**Southington, CT**<br>ZIP Code **06489** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hartford** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☑ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

☑ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                      Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Thornton & Co., Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                                                    Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Thornton & Co., Inc.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X **/s/ Jeffrey M. Sklarz** _____
Signature of Attorney for Debtor(s)

**Jeffrey M. Sklarz ct20938** _____
Printed Name of Attorney for Debtor(s)

**Green & Sklarz LLC** _____
Firm Name

**700 State Street, Suite 304**
**New Haven, CT 06511**

_____
Address

            **Email: jsklarz@gs-lawfirm.com**
**203-285-8545  Fax: 203-823-4546**
Telephone Number

**August 10, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ J. Paul Thornton, Jr.** _____
Signature of Authorized Individual

**J. Paul Thornton, Jr.** _____
Printed Name of Authorized Individual

**President** _____
Title of Authorized Individual

**August 10, 2015**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## CORPORATE RESOLUTIONS ADOPTED BY
## THORNTON & CO, INC.

I HEREBY CERTIFY that (i) I, J. Paul Thornton, Jr. (the "President"), am the President of Thornton & Co., Inc. a Delaware corporation (hereinafter referred to as the "Corporation"), (ii) the following is a true and correct copy of resolutions duly adopted by the Directors of the Corporation on August 9, 2015 (the "Resolutions"), and (iii) the Resolutions neither conflict with any order of any court or Bylaw or regulation of the Corporation, nor have the Resolutions been in any way altered, amended, or repealed, and they are in full force and effect, unrevoked and unrescinded as of this date;

Be it hereby

RESOLVED, that the Corporation shall (i) file a voluntary petition for reorganization pursuant to Chapter 11 of Title 11, United States Code (the "Bankruptcy Code"); (ii) if circumstances arise prior to filing such a petition that make it necessary or convenient: (a) consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (b) consent to the entry of an order for relief and convert an involuntarily commenced Chapter 7 case to a case under Chapter 11; and (iii) perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effectuate any of the foregoing; and be it

FURTHER RESOLVED, that the President of the Corporation shall be, and hereby is, authorized and empowered to execute and deliver or cause to be filed, on behalf of the Corporation, (i) the voluntary petition of the Corporation pursuant to Chapter 11 of the Bankruptcy Code, (ii) the consent to the entry of an order for relief in an involuntarily commenced Chapter 11 case, or (iii) the consent to the entry of an order for relief and conversion of an involuntarily commenced Chapter 7 case to a case under Chapter 11, (iv) any and all other documents necessary or appropriate in connection therewith, in such form or forms as the Officer or Officers so acting may approve; and be it

FURTHER RESOLVED, that, to the extent necessary, the President shall be authorized and empowered to execute and deliver for and on behalf of the Corporation, as Debtor and Debtor in possession, such agreements, instruments, and any and all other documents necessary or appropriate to facilitate the use of cash collateral under 11 U.S.C. § 363 or debtor-in-possession financing under 11 U.S.C. § 364 (the "Financing Documents"), and that Financing Documents containing such provisions, terms, conditions, covenants, warranties, and representations as may be deemed necessary or appropriate by the President so acting hereby are approved; and be it

FURTHER RESOLVED, that the law firm of Green & Sklarz, LLC ("G&S") and its member, Jeffrey M. Sklarz, Esq., and/or any of G&S's attorneys, shall be, and they hereby are, authorized and empowered to represent the Corporation, as Debtor and Debtor in Possession, in connection with any case commenced by or against it under the Bankruptcy Code; and be it

1

FURTHER RESOLVED, that the President shall be, and is, authorized and empowered to retain, on behalf of the Corporation, such attorneys, financial advisors, accountants and other professionals as the President or other Officer or Officers so acting shall deem appropriate in her or their judgment; and be it

FURTHER RESOLVED, that the President shall be, and is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents, and to pay all such fees and expenses, as she shall deem appropriate in her judgment to fully carry out the intent and accomplish the purposes of the Resolutions; and be it

FURTHER RESOLVED, that all of the acts and transactions of any one or more of the Officers, or the Board of Directors, of the Corporation, which have been taken, caused to have been taken, or made prior to the effective date of the Resolutions in connection with the matters set forth in the Resolutions, are hereby ratified, confirmed, and approved.

Dated: August 9, 2015              THORNTON & CO., INC.


_____
J. Paul Thornton, Jr.
President and Director

_____
J. Paul Thornton, III
Director


_____
Nathan DeAngelis
Director

be it

FURTHER RESOLVED, that the President shall be, and is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents, and to pay all such fees and expenses, as she shall deem appropriate in her judgment to fully carry out the intent and accomplish the purposes of the Resolutions; and be it

FURTHER RESOLVED, that all of the acts and transactions of any one or more of the Officers, or the Board of Directors, of the Corporation, which have been taken, caused to have been taken, or made prior to the effective date of the Resolutions in connection with the matters set forth in the Resolutions, are hereby ratified, confirmed, and approved.

THORNTON & CO., INC,


J. Paul Thornton, Jr.
President and Director


J. Paul Thornton, Jr.
Director


Nathan Deangelis
Director

Date:  ~~August 8, 2015~~
        August 9, 2015

2

member, Jeffrey M. Sklarz, Esq., and/or any of G&S's attorneys, shall be, and they hereby are, authorized and empowered to represent the Corporation, as Debtor and Debtor in Possession, in connection with any case commenced by or against it under the Bankruptcy Code; and be it

FURTHER RESOLVED, that the President shall be, and is, authorized and empowered to retain, on behalf of the Corporation, such attorneys, financial advisors, accountants and other professionals as the President or other Officer or Officers so acting shall deem appropriate in her or their judgment; and be it

FURTHER RESOLVED, that the President shall be, and is, authorized and empowered to take or cause to be taken any and all such further action, to execute and deliver any and all such further instruments and documents, and to pay all such fees and expenses, as she shall deem appropriate in her judgment to fully carry out the intent and accomplish the purposes of the Resolutions; and be it

FURTHER RESOLVED, that all of the acts and transactions of any one or more of the Officers, or the Board of Directors, of the Corporation, which have been taken, caused to have been taken, or made prior to the effective date of the Resolutions in connection with the matters set forth in the Resolutions, are hereby ratified, confirmed, and approved.

Dated: August 9, 2015                         THORNTON & CO., INC.


J. Paul Thornton, Jr.
President and Director



J. Paul Thornton, III
Director


Nathan DeAngelis
Director

132 LLC
1 Center Street
Southington, CT 06489


140 Lburg LLC
140 Leominster-Shirly Road
Lunenburg, MA 01462


98 Main LLC
Attn: Pres., Sec., Mng. Agent
1 Center St
Suite 2A
Southington, CT 06489


A & R Packaging & Distrib. Svc
75 Remittance Drive
Suite 83077
Attn: Pres, Sec or Manager
Chicago, IL 60675


A & R Transport
Remittance Drive
Suite 83077
Atten Pre, Sec, or Manager
Chicago, IL 60675


A&R Global Logistics
38888 Eagle Way
Chicago, IL 60678


A. Schulman Inc
24089 Network Place
Aten: Pre, Sec or Manager
Chicago, IL 60673


A.L.L. Transportation Services
Attn: Pres., Sec., Mng. Agent
PO Box 118
Alder, MT 59710


A.N. Deringer, Inc
75 Remittance drive
Suite 1794
Atten. Pres. Sec or Manager
Chicago, IL 60675

ABC/AMEGA Group
Attn: Pres., Sec., Mng. Agent
110 Main Street
Buffalo, NY 14209


Adams Samartino & Co. PC
P.O. Box 273
Atten: Pres, Sec, or Manager
Bristol, CT 06011


Advance Polymer Testing
2229 Bowie Drive
Atten: Pres., Sec. or Manager
Carrollton, TX 75006


Affton Trucking
420 Gimblin St.
Atten. Pres. Sec or Manager
Saint Louis, MO 63147


AJP Corporation
P. O. Box 1181
Atten. Pres, Sec or Manager
Goshen, IN 46527


American Express Gold
Attn: Pres., Sec., Mng. Agent
PO Box 1270
Newark, NJ 07101


American Transport Group
75 Remittance Drive
Suite 1300
Atten. Pres, Sec or Manager
Chicago, IL 60675


Asia Chemical Corp., Inc
P.O. Box 974045
Atten. Pres, Sec or Manager
Dallas, TX 75397


ASW Supply Chain Services LLC
3375 Gilchrist Road
Atten. Pres. Sec or Manager
Mogadore, OH 44260

AT&T Mobility
Attn: Pres., Sec., Mng. Agent
PO Box 6463
Carol Stream, IL 60197


B&B Transport
680 Route 143
Van Joli, Quebec J1S 0G6
CANADA


BA/CH Polymers
Polymers Lunchbox 6737
P.O. Box 786737
Atten. Pres., Sec or Manager
Philadelphia, PA 19178


BJG Warehousing & Distribution
2111 Lakeshore Rd.
Attn: Pres, Sec or Manager
Mississauga, Ontario L5R 3Z4
CANADA


Blum Shapiro
Attn: Pres., Sec., Mng. Agent
PO Box 27200
West Hartford, CT 06127


BMW Financial Services
Attn: Pres., Sec., Mng. Agent
PO Box 9001065
Louisville, KY 40290


BNX Shipping
Attn: Pres., Sec., Mng. Agent
6255 Cantay Rd, L5R 3Z4
Missisauga, ON
Canada


Brett Masotta
411 Nasua Rd
Groton, MA 01450


Browns Sims, P.C.
1177 West Loop South
10th Floor
Atten. Pres, Sec or Manager
Houston, TX 77027

Brunk Corp
P.O. Box 1181
Atten, Pres. Sec or Manager
Goshen, IN 46527


Bulk Plus Logistics
Atten. Pres., Sec or Manager
PO Box 2532
ST M Calgary, AL T2P 5P9
CANADA


Burlington Northern $ Santa Fe
Railroad
Attn: Pres., Sec., Mng. Agent
3110 Solutions Center
Chicago, IL 60677


C&W Packaging LP
4343 Eastpark Road
Atten, Pres, Sec or Manager
Houston, TX 77028


Canadian Customs & Revenue
Attn: Pres., Sec., Mng. Agent
275 Pope Rd Suite 102
Summerside, PE C1N 6A2
Canada


Canadian National Railroad
Attn: Pres., Sec., Mng. Agent
PO Box 71206
Chicago, IL 60694


Capitol Warehousing Corp
4461 Duraform Lane
P.O. Box 228
Atten. Pres. Sec or Manager
Windsor, WI 53598


Celanese Performance Polymers
16883 Collection Center Drive
Atten. Pres., Sec or Manager
Chicago, IL 60693

Central Avenue Corp
568 Central Ave.
Atten. Pres, Sec or Manager
Bridgewater, NJ 08807


Central Maine Power
PO Box 1084
Atten. Manager, Pres or Secret
Augusta, ME 04332


Chemical Data LP
Attn: Pres., Sec., Mng. Agent
1111 North Loop West
Suite 1140
Houston, TX 77008


Chevron Phillips Chemical Co.
4358 Collections Center Drive
Atten. Pres. Sec or Manager
Chicago, IL 60693


Chip Stahle
3 Cragmere Heights Rd
Dexter, NH 03782


Clausen Warehouse Co
Attn: Pres., Sec., Mng. Agent
PO Box 1173
Clinton, IA 52732


Cotter Merchandise Storage CO.
P.O. Box 808
Atten. Pres, Sec or Manager
Akron, OH 44309


Cox Communications
Attn: Pres., Sec., Mng. Agent
Dept 781 110
PO Box 78000
Detroit, MI 48278


Crain Communications
Attn: Pres., Sec., Mng. Agent
16309 Collections Center Drive
Chicago, IL 60693

Crystal Rock
Attn: Pres., Sec., Mng. Agent
PO Box 10028
Waterbury, CT 06725


David Klein
1175 Walnut Creek
Lebanon, OH 45036


Dennis, Corry, Porter & Smith
3535 Piedmont Road
NE 14 Piedmont Cent Suite 900
Atten., Pres., Sec or Manager
Atlanta, GA 30305


Department of Labor
Attn Commissioner
Dept 417329
PO Box 2905
Hartford, CT 06107


DOW Chemical Canada ULC
C/O 911060
PO Box 4090
STN A Toronto, ON M5Y 0E9
CANADA


ECHO Global Logistics, Inc
22168 Network Place
Atten. Pres. Sec or Manager
Chicago, IL 60673


Equistar Chemicals, LP
P.O Box 301673
Atten. Pres Sec or Manager
Dallas, TX 75303


Eversource
P.O. Box 650032
Atten. Manager, Pres. or Sec
Dallas, TX 75265


Exel Polymers Inc
4639 Collection Center Drive
Atten. President, Sec or Man
Chicago, IL 60693

F&W Transport Services
425 Querbes Avenue
MONTREAL, QC H2V 3W4
Atten, Pres. Sec or Manager
CANADA


Fairpoint
Attn: Pres., Sec., Mng. Agent
PO Box 11021
Lewiston, ME 04243


Federal Express
Attn: Pres., Sec., Mng. Agent
PO Box 371461
Pittsburgh, PA 15250


Flint Hills
P.O. Box 203651
Atten. Pres., Manager, Sec
Houston, TX 77216


FLS Transportation Inc
333 Decarie Coul Suite 250
MONTREAL, QC H4N 3M9
Atten. Pres., Sec or Manager
CANADA


Formosa Plastics Corporation
16025 Collections Center Drive
Atten. Pres sec or Manager
Chicago, IL 60693


Frontier Logistics LLC
1806 South Street
Atten. Pres, Sec or manager
La Porte, TX 77571


Fusion Logistics LLC
NW 6355 PO Box 1450
Atten. Pres. Sec or Manager
Minneapolis, MN 55485


G&D Trucking Inc
P.O. Box 810
Atten Pres Sec or Manager
Channahon, IL 60410

Gordian Group
Attn: Pres., Sec., Mng. Agent
950 Third Ave
17th Floor
New York, NY 10022


HH OMPS
Attn: Pres., Sec., Mng. Agent
18 Martinsburg Pike
Winchester, VA 22603


Houston Merchantile Exchange
Attn: Pres., Sec., Mng. Agent
PO Box 580
Katy, TX 77494


INEOS
Attn: Pres., Sec., Mng. Agent
13536 Collections Center Drive
Chicago, IL 60693


Intermodal Operations Inc.
568 Central Ave
Atten. Pres, Sec or Manager
Bridgewater, NJ 08807


J. Paul Thornton, III
2118 Meriden Waterbury Tpke.
Unit 15
Marion, CT 06444


J. Paul Thorton, Jr.
13 Parsons Road
Long Island, ME 04050


James Fox
Ruberto, Israel & Weiner
255 State Street, 7th Floor
Boston, MA 02109


James Wooten
1207 Park View Drive
Elgin, IL 60123

Joanne Tollefson
9924 35nd Street E
PO Box 608
Eatonville, WA 98328


John Denzer
21301 Powerfile Road
Suite 106
Boca Raton, FL 33433


John Grant Haulage Ltd
21111 lakeshore Road
West Mississauga, ON L5J 1J9
Atten. Pres, Sec or Manager
CANADA


Josh Prieve
31 Parremo
Mission Viejo, CA 91692


Kansas City South. Railway Co
36454 Treasury Center
Atten. Pres., Sec or Manager
Chicago, IL 60694


Katoen Natie Gulf Coast, Inc
PO Box 959
Atten. Pres, Sec or Manager
La Porte, TX 77571


Kevin Polucha
24192 Mimosa Drive
Laguna Niguel, CA 92677


L&B Transport, LLC
P.O. Box 748870
Atten. Pres., Sec or Manager
Baton Rouge, LA 70874


Leaf
1720A Crete Street
Moberly, MO 65270

Leominster Packaging & Warehou
P.O. Box 334
Atten. Pres., Sec or Manager
Leominster, MA 01453


Livingston International
6700 Cote De Liesse Bureau
300 St. Laurent PQ H4T 2B5
Atten. Pres, Sec or Manager
CANADA


Lone Star Chemical
P.O. Box 204825
Atten. Pres, Sec or Manager
Dallas, TX 75320


Luckey Logistics LLC
29988 N. 00 East Road
Atten. Pres, Sec or Manager
Streator, IL 61364


Lynn H. Scott Inc
Attn: Pres., Sec., Mng. Agent
Bulk Commodities
PO Box 70
Blossvale, NY 13308


Marc Paquette
247 Boyce Street
Sebringville Ontario
NOX 1XO
Canada


Mark Greene
36 Eastern Ave
Long Island, ME 04050


Mass Polymers
69 Adams Street
Atten. Pres., Sec or Manager
Newton, MA 02458


Matrix Polymers Inc
P.O. Box 30004
Atten. Pres., Sec or Manager
New York, NY 10087

Mclean & Kerr LLP Barristers
130 Adelaide Street West
Suite 2800
Toronto, ON M5H 3P5
CANADA


MD Plastics Inc
Attn: Pres., Sec., Mng. Agent
4151 S. Fremont Ave
Suite 140
Springfield, MO 65804


Metlife
Attn: Pres., Sec., Mng. Agent
PO Box 371862
Pittsburgh, PA 15250


Midstates Packaging Inc
150 Blackstone River Road
Atten., Pres, Sec or Manager
Worcester, MA 01607


Milan Djordjevich
5809 South Clay Ave
Springfield, MO 65810


Modern Materials Services
2605 Nicholoson Road
Suite 110
Atten. , Pres, Sec or Manager
Sewickley, PA 15143


Montachem International
Suite 200
Aten. Pres, Sec or Manager
Houston, TX 77027


Nathan DeAngelis
39 Robins Road
Farmington, CT 06032


Network Imaging LLC
415 Kilvert Street
Atten. Pres. Sec or Manager
Warwick, RI 02886

NEWCO Hauling LLC
1 Sculley Road
Atten. Pres, Manager or Sec
Ayer, MA 01432


Northern Dry Bulk Inc.
805 Industrial Drive
Atten. Pres., Sec or Manager
Clare, MI 48617


Packwell
Attn: Pres., Sec., Mng. Agent
10016 Porter Rd
La Porte, TX 77571


Patriot Insurance
Attn: Pres., Sec., Mng. Agent
One Mutual Ave
Frankenmuth, MI 48787


PAX Industries Inc
P.O. Box 6343
Atten. Pres., Manager or Sec
Charlotte, NC 28263


PDM Distribution Services, Inc
2768 6th Ave.
Atten. Pres., Sec, or Manager
Des Moines, IA 50313


People's United Bank
1 Conant Street
Attn: Jeffrey Giunta
Danvers, MA 01923


Petrochem Wire
Attn: Pres., Sec., Mng. Agent
17853 NW Cambray St
Beaverton, OR 97006


Phillips 66 Company
21064 Network Place
Atten. Pres, Sec or Manager
Chicago, IL 60673

Plastic Express
15450 Salt Lake Ave
Atten. Pres., Sec or Manager
Hacienda Heights, CA 91745


Plastic Solutions, Inc
PO Box 890125
Atten. Pres, Sec or Manager
Charlotte, NC 28289


Polymer Distribution Inc
256 Victoria Rd.
South Guelph, On N1E 5R1
Atten. Pres., Sec or Manager
CANADA


Portland Express
Attn: Pres., Sec., Mng. Agent
67 Colchester Dr
South Portland, ME 04106


Portland Harbor Maine
Attn: Pres., Sec., Mng. Agent
PO Box 2350
South Portland, ME 04116


Pro Image Specialty Advertisin
154 Walnut Street
Southington, CT 06489


Progressive Benefit Solutions
Attn: Pres., Sec., Mng. Agent
14 Business Park Drive #8
Branford, CT 06405


Pullman & Comley LLC
PO Box 7006
Atten. Pres, Sec or Manager
Bridgeport, CT 06601


Purpodock Club
Attn: Pres., Sec., Mng. Agent
300 Spurwink Ave
Cape Elizabeth, ME 04107

Railinc. Corporation
P.O Box 79860
Atten. Pres., Sed or Manager
Baltimore, MD 21279


Regency Transportation
P.O Box 1388
Atten. Pres., Sec or Manager
Fall River, MA 02722


Resin Distibution Inc.
P.O. Box 847898
Atten. Sec, Pres., Manager
Boston, MA 02284


Revenue Quebec
Attn: Comm. or Agent in Charge
3800 Rue de Marly
Sainte-Foy, Quebec G1X 4A5
CANADA


Rich Nabet
6 Seawall Lane
Bayville, NY 11709


RVJ Inc
56 Nashua Street
Atten. Pres, Sec or Manger
Leominster, MA 01453


SDV Logistics
2100-5200 Miller Road
Richmond, BC V7B 1L1
Atten. Pres. Sec or Manager
CANADA


Shred-It Connecticut
Attn: Pres., Sec., Mng. Agent
29 Diana Court
Cheshire, CT 06410


Shuttle Meadow Country Club
Attn: Pres., Sec., Mng. Agent
51 Randeckers Lane
Kensington, CT 06037

Silliman & Assoc. Inc
Attn: Pres., Sec., Mng. Agent
9850 Meadowglen #12
Houston, TX 77042


Silliman and Associates, Inc.
9850 Meadowglen #1
Attn: Pres., Secretary, or
Managing Agent
Houston, TX 77042


SM Polymers, Inc
410 Saint Andew Fergus
ON N1M 1P3
CANADA


Sund Technologies
Attn: Pres., Sec., Mng. Agent
33 Savarese Lane
Burlington, CT 06013


Sunteck Transport Co., Inc
6413 Congress Ave.
Suite 260
Atten. Pres, Sec or Manager
Boca Raton, FL 33487


Surge (Les Plastiques DC)
CP291
Granby, QC J2G 8E5
Attn Pres., Sec., or Man. Agnt
Canada


Tax Collector Town of
Southington
P.O. Box Drawer 579
Atten. Pres., Sec or Manager
Southington, CT 06489


Tennessee Southern Railroad
P.O. Box 32
Atten. Pres. Sec or Manager
Mount Pleasant, TN 38474

The Blackiron Group
Attn: Pres., Sec., Mng. Agent
40 Richard Ave
3rd Floor
Norwalk, CT 06854


The DOW Chemical Company
P.O. Box 281760
Atten. Pres., Sec or Manager
Atlanta, GA 30384


The Grigsby Forum, Inc
Attn: Pres., Sec., Mng. Agent
27 Beaudry Lane
Bloomfield, CT 06002


The Plastics Exchange LLC
233 South Wacker Drive
Atten.Pres, Sec or Manager
Chicago, IL 60606


Todd Barlow
265 Hembree
Roswell, GA 30075


Todd Maples
19003 Runners Lane
Humble, TX 77346


Tom Klein
1019 Estate Drivemoon
Township, PA 15108


Transflo
P O Box 640839
Atten., Pres., Sec or Manager
Pittsburgh, PA 15264


Triangle Warehouse
201 Aero Court
Atten. Pres. Sec or Manager
Greensboro, NC 27409

Trimac Transportation Serv LLP
PO Box 2532
St M Calgary, AB T2P 5P9
Atten. Pres, Sec or Manager
CANADA


Troyer Trucking
7505 Sandy Point Road
Atten. Pres. Sec or President
Lima, OH 45807


Underwood and Welding Co., Inc
PO Box 669
Atten. Pres, Sec or Manager
Spruce Pine, NC 28777


Union Pacific Railroad
Attn: Pres., Sec., Mng. Agent
PO Box 843465
Dallas, TX 75284


United World Lines
1340 Depot Street #200
Rocky River, OH 44116


UPS
PO Box 7247-0244
Atten. Pres., Sec or Manager
Philadelphia, PA 19170


Verizon Wireless
Attn: Pres., Sec., Mng. Agent
PO Box 15062
Albany, NY 12212


Vinmar Overseas LTD
Attn: Pres., Sec., Mng. Agent
16800 Imperial Valley Drive
Suite 499
Houston, TX 77060


W.B. Mason Co Inc
Attn: Pres., Sec., Mng. Agent
PO Box 981101
Boston, MA 02298

We Pack Logistics, LP
P. O. Box 876
Atten. Pres, Sec or Manager
Paris, TX 75461


Westlake Longview Corporation
PO Box 28188
Atten. Pres, Sec pr Manager
Atlanta, GA 30384


Westlake Petrochemicals LLC
P.O Box 198240
Atten. Pres. Sec or Manager
Atlanta, GA 30384


Westwood Golf Club
8888 Country Creek Drive
Atten. Pres., Sec or Manager
Houston, TX 77036


Westwoods Shipping
136 Freemont St.
Concord, ON L4K5H9
Atten. Pres., Sec or Manager
CANADA