B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Connecticut

In re  **Thornton & Co., Inc.**  ,   Case No. **15-21416**
Debtor(s)   Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Formosa Plastics Corporation** <br> **16025 Collections Center Drive** <br> **Atten. Pres sec or Manager** <br> **Chicago, IL 60693** | **Formosa Plastics Corporation** <br> **16025 Collections Center Drive** <br> **Chicago, IL 60693** | **Trade Debt** | | **2,060,563.65** |
| **Equistar Chemicals, LP** <br> **P.O Box 301673** <br> **Atten. Pres Sec or Manager** <br> **Dallas, TX 75303** | **Equistar Chemicals, LP** <br> **P.O Box 301673** <br> **Dallas, TX 75303** | **Trade Debt** | | **1,341,209.06** |
| **Westlake Petrochemicals LLC** <br> **P.O Box 198240** <br> **Atten. Pres. Sec or Manager** <br> **Atlanta, GA 30384** | **Westlake Petrochemicals LLC** <br> **P.O Box 198240** <br> **Atten. Pres. Sec or Manager** <br> **Atlanta, GA 30384** | **Trade Debt** | | **1,154,957.26** |
| **Westlake Longview Corporation** <br> **PO Box 28188** <br> **Atten. Pres, Sec pr Manager** <br> **Atlanta, GA 30384** | **Westlake Longview Corporation** <br> **PO Box 28188** <br> **Atlanta, GA 30384** | **Trade debt** | | **1,079,223.54** |
| **Chevron Phillips Chemical Co.** <br> **4358 Collections Center Drive** <br> **Atten. Pres. Sec or Manager** <br> **Chicago, IL 60693** | **Chevron Phillips Chemical Co.** <br> **4358 Collections Center Drive** <br> **Chicago, IL 60693** | **Trade Debt** | | **984,177.20** |
| **The DOW Chemical Company** <br> **P.O. Box 281760** <br> **Atten. Pres., Sec or Manager** <br> **Atlanta, GA 30384** | **The DOW Chemical Company** <br> **P.O. Box 281760** <br> **Atlanta, GA 30384** | **Trade Debt** | | **430,000.00** |
| **Phillips 66 Company** <br> **21064 Network Place** <br> **Atten. Pres., Sec or Manager** <br> **Chicago, IL 60673** | **Phillips 66 Company** <br> **21064 Network Place** <br> **Chicago, IL 60673** | **Trade Debt** | | **313,713.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Thornton & Co., Inc.**                                                              Case No. **15-21416**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Montachem International**<br>**Suite 200**<br>**Aten. Pres, Sec or Manager**<br>**Houston, TX 77027** | **Montachem International**<br>**Suite 200**<br>**Houston, TX 77027** | **Trade Debt** | | **272,163.00** |
| **Matrix Polymers Inc**<br>**P.O. Box 30004**<br>**Atten. Pres., Sec or Manager**<br>**New York, NY 10087** | **Matrix Polymers Inc**<br>**P.O. Box 30004**<br>**New York, NY 10087** | **Trade Debt** | | **258,463.92** |
| **BA/CH Polymers**<br>**Polymers Lunchbox 6737**<br>**P.O. Box 786737**<br>**Atten. Pres., Sec or Manager**<br>**Philadelphia, PA 19178** | **BA/CH Polymers**<br>**Polymers Lunchbox 6737**<br>**P.O. Box 786737**<br>**Philadelphia, PA 19178** | **Trade Debt** | | **231,336.88** |
| **Asia Chemical Corp., Inc**<br>**P.O. Box 974045**<br>**Atten. Pres, Sec or Manager**<br>**Dallas, TX 75397** | **Asia Chemical Corp., Inc**<br>**P.O. Box 974045**<br>**Dallas, TX 75397** | **Trade Debt** | | **171,738.93** |
| **Celanese Performance Polymers**<br>**16883 Collection Center Drive**<br>**Atten. Pres., Sec or Manager**<br>**Chicago, IL 60693** | **Celanese Performance Polymers**<br>**16883 Collection Center Drive**<br>**Chicago, IL 60693** | **Trade Debt** | | **138,550.91** |
| **Revenue Quebec**<br>**Attn: Comm. or Agent in Charge**<br>**3800 Rue de Marly**<br>**Sainte-Foy, Quebec G1X 4A5**<br>**CANADA** | **Revenue Quebec**<br>**Attn: Comm. or Agent in Charge**<br>**3800 Rue de Marly**<br>**CANADA** | | | **135,395.00** |
| **DOW Chemical Canada ULC**<br>**C/O 911060**<br>**PO Box 4090**<br>**STN A Toronto, ON M5Y 0E9**<br>**CANADA** | **DOW Chemical Canada ULC**<br>**C/O 911060**<br>**PO Box 4090**<br>**CANADA** | **Trade Debt** | | **130,459.38** |
| **Mass Polymers**<br>**69 Adams Street**<br>**Atten. Pres., Sec or Manager**<br>**Newton, MA 02458** | **Mass Polymers**<br>**69 Adams Street**<br>**Newton, MA 02458** | **Trade debt** | | **121,799.00** |
| **Polymer Distribution Inc**<br>**256 Victoria Rd.**<br>**South Guelph, On N1E 5R1**<br>**Atten. Pres., Sec or Manager**<br>**CANADA** | **Polymer Distribution Inc**<br>**256 Victoria Rd.**<br>**South Guelph, On N1E 5R1**<br>**CANADA** | **Trade Debt** | | **111,421.91** |

B4 (Official Form 4) (12/07) - Cont.

In re **Thornton & Co., Inc.** Case No. **15-21416**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **John Grant Haulage Ltd**<br>**21111 lakeshore Road**<br>**West Mississauga, ON L5J 1J9**<br>**Atten. Pres, Sec or Manager**<br>**CANADA** | **John Grant Haulage Ltd**<br>**21111 lakeshore Road**<br>**West Mississauga, ON L5J 1J9**<br>**CANADA** | **Tade Debt** | | 108,237.34 |
| **Luckey Logistics LLC**<br>**29988 N. 00 East Road**<br>**Atten. Pres, Sec or Manager**<br>**Streator, IL 61364** | **Luckey Logistics LLC**<br>**29988 N. 00 East Road**<br>**Streator, IL 61364** | **Trade debt** | | 107,829.68 |
| **Sunteck Transport Co., Inc**<br>**6413 Congress Ave.**<br>**Suite 260**<br>**Atten. Pres, Sec or Manager**<br>**Boca Raton, FL 33487** | **Sunteck Transport Co., Inc**<br>**6413 Congress Ave.**<br>**Suite 260**<br>**Boca Raton, FL 33487** | **Trade debt** | | 107,059.50 |
| **Flint Hills**<br>**P.O. Box 203651**<br>**Atten. Pres., Manager, Sec**<br>**Houston, TX 77216** | **Flint Hills**<br>**P.O. Box 203651**<br>**Houston, TX 77216** | **Trade Debt** | | 103,631.75 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 10, 2015**      Signature **/s/ J. Paul Thornton, Jr.**
                                        **J. Paul Thornton, Jr.**
                                        **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.