# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### HARTFORD DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| THORNTON & CO., INC. | : | CASE NO 15-21416 |
| | : | |
| Debtor | : | |
| _____ | : | |
| | : | |
| THORNTON & CO., INC. | : | CONTESTED MATTER |
| | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| PEOPLE'S UNITED BANK | : | |
| | : | |
| Respondent | : | AUGUST 10, 2015 |

## MOTION FOR PRELIMINARY AND FINAL ORDERS
## AUTHORIZING USE OF CASH COLLATERAL AND PROVIDING
## ADEQUATE PROTECTION TO SECURED CREDITORS

Thornton & Co., Inc. (the "Debtor" or "TCI") as debtor and debtor-in-possession (hereafter "TCI" or "Debtor"), by its undersigned attorneys, hereby moves for an order, pursuant to 11 U.S.C. § 363(c)(2) and Fed. R. Bankr. P. 4001(b)(1), seeking preliminary and final authorization for the use of cash collateral, and as grounds therefore, state:

### INTRODUCTION AND BACKGROUND

1.      On August 10, 2015, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to operate its businesses and manage its properties, affairs and assets as debtor-in-possession.

1

2.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      No trustee or committee has been appointed in this case.

4.      By this motion, the Debtor seeks to use cash collateral to fund its ordinary course

business operations on a preliminary and final basis.

### BACKGROUND

5.      The Debtor is a leading international distributor, trader and wholesaler of plastic

resins, providing a full offering of polyethylene and polypropylene products. With a

comprehensive network of 49 warehouse locations throughout the US and Canada, the Debtor

has unique capabilities to fulfill and deliver on customer requirements.  J. Paul Thornton, Jr.

founded the Debtor in 1994.  Since its founding, the Debtor has grown into a major player in the

plastics market through building close relationships with customers and suppliers.  Over the past

several years, the Debtor has expanded the scope of its operations internationally by expanding

its sales force and developing proprietary products, which are industry leaders.

6.      Due to a significant drop in petrochemical prices that began in January 2015 and

saw prices decline over 20% in just a few months, the Debtor came under financial pressure as it

had to sell inventory on hand at a significant loss.  As a result, People's United Bank ("PUB")

required the Debtor to retain a financial advisory firm to aid with developing a workout strategy.

At the recommendation of PUB, the Debtor retained Tactical Solutions ("Tactical") to

purportedly assess the Debtor's operating and financial situation and to develop a plan, the key

goals of which were to (i) improve near-term liquidity and (ii) alleviate customer and supplier

concerns regarding the Debtor's long-term viability.

2

7.      Based on the advice of Tactical, the Debtor and its principals (the "Guarantors") agreed to a number of amendments and forbearance arrangements that included equity infusions, personal guarantees of the Debtor's line of credit and the posting of certain collateral (the "Old Plan").  The Old Plan also required three of the Debtor's largest product suppliers to agree to a $3.0 million payment deferment on their outstanding accounts payable.

8.      At the same time, during mid-June 2015, the Debtor sought to retain an investment banker (Gordian Group ("Gordian")), to explore a sale of the D or other opportunities to resolve the Debtor's financial issues.  PUB refused to let the Debtor retain Gordian, as an investment banker, stating that the Debtor should just follow the plan developed by Tactical.

9.      Despite management's best efforts, the Old Plan failed because it had certain inherent flaws.  The Old Plan amounted to a wind-down of the business that did not incorporate the response of key suppliers to deferring $3 million in accounts payable.  Upon seeing the Old Plan, the Debtor's most important suppliers (and largest unsecured creditors) put the Debtor on cash-in-advance terms or simply refused to sell any product, effectively eliminating vendor credit and the ability of the Debtor to operate normally.

10.     Specifically, suppliers pointed to the fact that, while they were willing to defer payment, the Old Plan appeared to benefit PUB at their expense, without providing payoff of the $3 million payment deferment within the life of the Old Plan. Additionally, suppliers noted that the Old Plan did not provide a long-term solution for the Debtor beyond December 2015.

11.     Because the Old Plan did not contemplate the supplier response (despite warnings by the Debtor's management to both Tactical and PUB), the Debtor was able to sell just 26 million pounds of resin *combined* in June and July, well below its 2014 monthly average of 22

3

million pounds.  To generate break even cash flow, the Debtor must sell approximately 20 million pounds of product per month; the Old Plan assumed just 19 million, meaning that the Debtor would have negative EBITDA and be unable to recover.

12.    Therefore, the plan developed by Tactical, the financial advisor recommended by PUB, was destined to fail – and give PUB the opportunity to push the Debtor into liquidation.

13.    Upon recognizing that the Old Plan could not work, the Debtor requested Gordian to expand its role and act as its financial advisor.

14.    Gordian developed a new plan (the "New Plan"), which would have recapitalized the Debtor, paid off critical vendor debt and provided a long-term resolution for the Debtor, and all of its creditors.  Additionally, the New Plan contemplated Gordian running a multi-track M&A process to identify capital markets solutions that would address the Debtor's situation, including refinancing PUB's credit facility, identifying an equity investment partner, and/or completing a sale of the Debtor. In contrast, the Old Plan would have put the Debtor out of business because it (i) did not provide for the long-term health of the Debtor, (ii) resulted in ongoing cash burn for the benefit of PUB, and (iii) did not have the support of the Debtor's key suppliers. (A copy of the New Plan is attached hereto as **<u>Exhibit A</u>**).

15.    Working together with PUB, the New Plan would have permitted the Debtor to get back on solid footing with its supplier base, rebuild inventory and purchasing and return to profitability (on an operating basis) by the fourth quarter of 2015.  Critical vendor debt would have been paid in full by the end of 2016, together with significant pay down on PUB's debt and a marked improvement in its collateral position.

4

16.     Whereas the Old Plan focused on maximizing the recovery for PUB in the near term, the New Plan focused on recapitalizing the Company for the benefit of all stakeholders, which would take time to accomplish. Additionally, Gordian's multi-track M&A process would have provided options to the Debtor not afforded by the Old Plan.

17.     PUB rejected the New Plan because it did not suit PUB's own interests. Accordingly, the Debtor has elected to resolve its financial affairs in an orderly fashion under the protection of Chapter 11 for the benefit of all creditors.

18.     Through the Chapter 11 process, the Debtor and Gordian will explore multiple paths, including, but not limited to, seeking to sell its business as a going concern (or its assets), seeking new capital partners to effectuate the recapitalization outlined above or, if necessary, liquidating its assets and paying down debt to a level where a refinancing of PUB's debt is more achievable – all in an effort to benefit all of the Debtor's creditors, not just PUB.  The Debtor intends to investigate and pursue claims against third parties, including possibly against PUB, to maximize the recovery for all creditors.

## THE DEBTOR'S REQUEST TO USE CASH COLLATERAL

19.     Upon information and belief, the following parties-in-interest (the "Secured Creditors") may claim an interest in the Debtor's "cash collateral," as that term is defined by Bankruptcy Code § 363(a):

        a.      PUB, pursuant to a UCC-1 financing statement recorded on April 4, 2011 with the Secretary of the State of Delaware.

20.     Nothing contained herein shall in any way affect or impair the status of the validity, perfection, amount and extent of the Secured Creditors' respective security interests in any of their

5

respective collateral, or the Debtors' right to object to the validity, perfection, amount and extent of such security interests.

21.     To the extent the above described loans of the Secured Creditors' are secured by duly perfected non-avoidable liens in the Debtor's "cash collateral," as such term is defined under Bankruptcy Code § 363(a), § 363(c)(2) requires that the Secured Creditors consent or this Court authorize the Debtor's use of such property.

22.     By this Motion, the Debtor seeks to use cash collateral on a <u>preliminary basis</u> from the date of the hearing on this Motion through <u>September 11, 2015</u> (the "Preliminary Cash Collateral Period") and on a <u>final basis</u> until <u>January 31, 2016</u>, to pay actual, necessary ordinary course operating expenses.

23.     The proposed budget for the Preliminary Cash Collateral Period is attached hereto as **<u>Exhibit B</u>** and made a part hereof.

24.     Subject to the terms and conditions proposed herein, the Debtor shall be authorized to use the funds encumbered by the Secured Creditors to pay its actual, necessary ordinary course operating expenses.

A.     **<u>The Secured Creditors are Adequately Protected</u>**

25.     As "adequate protection" for the use of the Secured Creditors' cash collateral within the meaning of Bankruptcy Code §§ 361 and 363, the Debtors propose to grant to the respective Secured Creditors a replacement lien in all after acquired cash collateral, limited, however, to the same extent, priority and validity as each possessed valid, duly enforceable liens on the Petition Date and excluded from the replacement lien on post-petition assets will be bankruptcy causes of

action available to the estate under 11 U.S.C. § 544, 545, 547, 548, 549, 550, ,551 and 553 (the "Replacement Liens").

26.    Adequate protection is not expressly defined in the Bankruptcy Code, except by the implications of the examples of adequate protection listed 11 U.S.C. § 361. *Resolution Trust Corp. v. Swedeland Dev. Group, Inc. (In re Swedeland Dev. Group, Inc.)*, 16 F.3d 552, 564 (3d Cir. 1994). The focus of the adequate protection requirement is to preserve the secured creditor's position at the time of the bankruptcy filing and protect the secured creditor from diminution in the value of its collateral during the reorganization process. *In re Continental Airlines, Inc.*, 154 B.R. 176, 180-81 (Bankr. D. Del. 1993).

27.    Courts have also recognized that "[a]n adequate 'cushion' can itself constitute adequate protection with nothing more." *In re Tucker*, 5 B.R. 180, 182 (Bankr. S.D.N.Y. 1980); *In re Mellor*, 734 F.2d 1396, 1400 (9th Cir. 1984) (holding that existence of equity cushion is "the classic form of protection for a secured debt"); *In re Phoenix Steel Corp.*, 39 B.R. 218, 224 (D. Del. 1984) ("It is clear that if a sufficient equity cushion exists [a creditor's] security would not be impaired and they would be adequately protected."); *Mut. Life Ins. Co. of NY v. Patrician St. Joseph Partners Ltd. P'ship (In re Patrician St. Joseph Partners Ltd. P'ship)*, 169 B.R. 669, 677 (D. Ariz. 1994) ("A classic method for finding adequate protection is the existence of an equity cushion. In fact, it has been found that an equity cushion standing alone can provide evidence of adequate protection for a secured claim." (citations omitted)); *Oligbo v. Louis (In re Oligbo)*, 328 B.R. 619, 651 (Bankr. E.D.N.Y. 2005) ("courts have . . . held that a secured creditor is adequately protected where the value of the property is significantly more than the amount of

the secured creditor's claim – that is, that an equity cushion adequately protects the secured

creditor's interest").

28.     The liens of the Secured Creditors and any Replacement Liens, and any priority to

which the Secured Creditors may be entitled or become entitled under § 507(b) of the Bankruptcy

Code, shall be forever subject to: (i) amounts payable pursuant to 28 U.S.C. § 1930(a)(6) and any

fees payable to the Clerk of the Court; (ii) for taxes owed to governmental entities, including

sales and withholding taxes, (iii) the allowed administrative claims of attorneys and other

professionals retained by the Debtor in this Chapter 11 case pursuant to § 327 and accrued during

the Preliminary Cash Collateral Period and subsequent cash collateral periods; and (iv) amounts

due and owing to the Debtor's employees for post-petition wages (collectively items (i) through

(iv) are referred to as the "Carve Outs").

29.     The Debtor submits that the use of cash collateral on the terms and conditions set

forth herein is necessary to preserve and maximize the value of the Debtor's estate.  The Debtor

submits that unless the use of cash collateral is authorized in the amounts and for the purposes

specified herein, its estate will suffer immediate and irreparable harm.

30.     The financial records and projections of the Debtor demonstrate that the Secured

Creditors are over-secured and adequately protected in that the value of their cash collateral will

continue to exceed the amount of their secured debt during the Cash Collateral Term.  Further, the

Debtor intends to remit the proceeds of collections to PUB as set forth in the Budget to reduce

PUB's secured claim.

**B.**     **<u>Use of Cash Collateral is Necessary and Proper</u>**

8

31.     Without the use of cash collateral, the Debtor will be unable to pay the necessary operating expenses to maintain and protect the Property thereby resulting in loss to its going concern value to the detriment of the Debtor, its creditors and the estate.

32.     Consistent with the above requirements, courts repeatedly have recognized that the use of cash collateral is appropriate where necessary to preserve a debtor's ability to reorganize and thus maximize the value of an estate for all interested parties.  *Chrysler Credit Corp. v. George Ruggiere Chrysler-Plymouth, Inc. (In re George Ruggiere Chrysler-Plymouth, Inc.)*, 727 F.2d 1017, 1019 (11th Cir. 1984) (approving use of cash collateral over objection of secured parties after noting that "[w]ithout the availability of cash to meet daily operating expenses such as rent, payroll, utilities, etc., the congressional policy favoring rehabilitation over economic failure would be frustrated"); *MBank Dallas, N.A. v. O'Connor (In re O'Connor)*, 808 F.2d 1393, 1398-99 (10th Cir. 1987)

33.     The entry of the Order Authorizing Preliminary Use of Cash Collateral and Providing Adequate Protection will minimize disruption of the Debtor's business operations, permit the Debtor's to pay necessary expenses, and it is in the best interests of the Debtor, its creditors and estate.

WHEREFORE, the Debtor requests that this Court enter an Order, pursuant to 11 USC §

363(c)(2) and Fed. R. Bankr. P. 4001(b)(1), granting the preliminary relief sought herein for the use

of cash collateral; and for such further and other relief as this Court deems just and proper.

THE DEBTOR:
THORNTON & CO., INC.


By:      /s/Jeffrey M. Sklarz
         Jeffrey M. Sklarz (ct20938)
         Nicholas W. Quesenberry (ct29716)
         GREEN & SKLARZ LLC
         700 State Street, Suite 304
         New Haven, CT 06511
         (203) 285-8545
         Fax: (203) 823-4546
         jskalrz@gs-lawfirm.com
         nquesenberry@gs-lawfirm.com

## EXHIBIT A

**Restructuring Plan Proposed to PUB**





RELENTLESS. RESULTS.

Confidential

# Thornton & Company Inc.

Presentation to the Secured Lenders



**July 29, 2015**

# Thornton & Company – Executive Summary



- ❖ The Lenders are at a fork-in-the-road with a significant long-term client.  Thornton & Co. will either liquidate or thrive. The Company's goal is to work constructively with the Lenders towards a solution that benefits all parties.
  - ▪ The shareholders of Thornton & Company (the "Company" or "TCI") need to operate under a business plan that promotes the Company's long term health and provides for full recoveries for all constituencies.

- ❖ The June 2015 plan (the "Old Plan") prepared by Tactical Solutions LLC ("Tactical") was rejected by suppliers and we are advised that they viewed it as a solution that only benefitted People's United Bank and Farmington Bank (the "Lenders").
  - ▪ Once key suppliers reviewed the Old Plan and were informed about the $3 million account payable deferment, they significantly reduced TCI's credit lines.  This restricted the Company's purchasing ability and lowered sales volume in June and July to below cash flow breakeven levels.

- ❖ A viable plan requires the support of both TCI's key suppliers and the Lenders so that the Company can purchase enough material to generate positive cash to improve the position of all parties of interest.
  - ▪ A plan that is not endorsed by key suppliers and does not promote the Company's viability will not work.
  - ▪ TCI has enlisted Gordian Group to assist in developing such a plan, which is presented herein (the "New Plan").

- ❖ **As part of the New Plan, TCI requests the following from the Lenders:**
  - ▪ **Increase the inventory advance rate to 65% from 60% and the insured AR rate to 95% from 90%;**
  - ▪ **Reduce over-advance monthly payments from  $400,000 to $150,000 in 2015 and $125,000 in 2016;**
  - ▪ **Allow for $1.2 million of additional payments in August to suppliers who have been placed on payment deferral in order to improve supplier support and credit lines;**
  - ▪ **Provide the guarantors clear relief from the guarantees and grant of collateral; and**
  - ▪ **Provide a carve-out for Gordian in order to commence it's external efforts to identify capital markets solutions to TCI's current situation.**



# Thornton & Company – Situation Overview



❖ Due to a significant drop in petrochemical prices in January 2015, TCI has come under financial pressure as it worked through inventory at a significant loss.

  ▪ Consequently, based on the Old Plan and the advice of Tactical, TCI and/or its principals (the "Guarantors") agreed to a number of amendments and forbearance agreements that included equity infusions, personal guarantees of the Company's line of credit and the posting of certain collateral.

❖ At the Lenders' request/recommendation, Thornton hired Tactical (a firm recommended by the Lenders; Thornton spoke to one other firm) to assess the situation and to develop the Old Plan – the key goals of which were to (i) improve near-term liquidity and (ii) alleviate customer and supplier concerns regarding the Company's long-term viability.

❖ Despite Management's best efforts, the Old Plan failed because it had certain inherent flaws:

  ▪ The Old Plan amounted to a wind-down of the business that did not incorporate the response of key suppliers to deferring $3.0 million in accounts payable.

  ▪ Upon seeing the Old Plan, Chevron and Formosa – two of Thornton's largest suppliers – put TCI on cash-in-advance terms, effectively eliminating an integral line of credit for the Company to operate normally. Both suppliers cited their review of the Old Plan for their decision.

  ▪ Various other suppliers were hesitant to continue to sell to TCI as they advised the Company that the Old Plan appeared to benefit the Lenders at their expense, without providing a long term solution for TCI beyond 2015, or a path to repayment of supplier debt.

  ▪ Because of the response to the Old Plan, TCI expects to sell just 26 million pounds combined in June and July, well below its 2014 monthly average of 22 million pounds.

  ▪ **TCI must sell approximately 20 million pounds per month to achieve breakeven cash flow. The Old Plan assumed just 19 million.**



# Thornton & Company – The New Plan



❖ At the Company's request, starting about two weeks ago Gordian commenced work with key members of TCI Management and ownership to develop the New Plan that actually focuses on identifying a long-term solution for the Company.

- Working together, the New Plan will permit the Company to get back on solid footing with its supplier base, after which unit volumes will return to normal levels, resulting in annual EBITDA run-rate of at least $1.5 million.

- The New Plan focuses on recapitalizing the Company for the benefit of all stakeholders.

  - It will take time to execute the recapitalization.

- Under the New Plan, unit sales increase gradually to 22.5 million pounds by December, which is consistent with the EBITDA target of at least $1.5 million.

- Once sales stabilize at this level, operating cash flow will improve as working capital begins to flatten in 2016.

- The New Plan is dependent upon TCI, the Lenders and the suppliers all acting as partners to extend the credit needed for TCI to return to unit sale levels necessary to generate positive cash flow.

- The suppliers' $3.0 million deferment will be repaid by the end of 2016 but an initial payment of $1.2 million will be made in August to demonstrate the Lenders commitment to the New Plan.

- As part of the New Plan, TCI will make regular repayments to the Lenders' on the over-advances.

- A summary output of the New Plan is presented on slides 7-10.



# Thornton & Company – The New Plan and Gordian's Role



❖ As part of the New Plan, the Company expects to maintain an over-collateralization level on the Lenders' exposure (measured as AR plus inventory less LOC and over-advance balances) of at least $7.0 million.

▪ Moreover, this balance is expected to increase over time, ending 2015 at $10 million and 2016 at $11 million as performance improves.

▪ Management and Gordian are glad to discuss liquidation scenarios, and anticipated recoveries, with the Lenders' as well.

❖ As part of the New Plan, Thornton has asked Gordian to act concomitantly as TCI's financial advisor and investment banker in place of Tactical.

▪ Gordian will run a broad process to identify potential investment and refinance partners to seek to create a capital markets solution that promotes the long term health of TCI and works towards the Lender's achieving a full recovery.

▪ Gordian has already prepared teaser materials and a list of potential acquirers, investors and refinancing sources and is prepared to "go external" upon the Bank granting a carve-out in Gordian's favor.

▪ The investment process will seek either a sale of the Company and/or an equity investment to further bolster the Company's liquidity position.

▪ Achieving sales unit targets of 22.5 million pounds is important to the process as TCI will need to show interested parties that the Company can sustain consistent profitability and cash flow.



# Thornton & Company – Potential Alternatives



❖ If a consensual agreement cannot be achieved regarding the implementation of the New Plan, we are advised that the Guarantors are considering their options to seek to avoid the security interest in newly posted collateral prior and to seek to void the June 2014 guarantees.

❖ Additionally, it is likely that TCI could decide it must seek formal insolvency protection in the near-term if the New Plan is not implemented and, therefore, suggests that the Lenders consider the ramifications and details of such a filing, particularly if Management and Gordian are not incentivized to assist.

❖ Management's goal is to restructure outside of bankruptcy. It is not to anyone's benefit to see a corporate bankruptcy here.



# Thornton & Company – Plan Summary



| Cash Flow Summary | W/E 7/24/2015 | W/E 7/31/2015 | W/E 8/7/2015 | W/E 8/14/2015 | W/E 8/21/2015 | W/E 8/28/2015 | W/E 9/4/2015 | W/E 9/11/2015 | W/E 9/18/2015 | W/E 9/25/2015 | W/E 10/2/2015 | W/E 10/9/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Projected Sales** | 1,456,424 | 2,500,435 | 2,066,094 | 2,505,750 | 2,818,969 | 2,610,425 | 3,169,313 | 2,802,731 | 2,580,000 | 2,902,500 | 3,547,500 | 2,327,250 |
| | | | | | | | | | | | | |
| **Sales Receipts** | 2,435,237 | 2,359,084 | 2,229,693 | 2,144,111 | 2,156,672 | 1,979,533 | 2,111,620 | 2,050,151 | 2,038,675 | 2,257,841 | 2,284,362 | 2,408,778 |
| **Disbursements** | | | | | | | | | | | | |
| Cost of Goods Sold | | | | | | | | | | | | |
| Freight | (89,213) | (215,355) | (100,000) | (100,000) | (100,000) | (100,000) | (75,000) | (75,000) | (75,000) | (75,000) | (65,000) | (65,000) |
| Material Packaging | - | (109,220) | (50,000) | (50,000) | (50,000) | (25,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) |
| Vendor Inventory Payments | (1,989,221) | (1,731,482) | (1,978,458) | (2,063,643) | (1,720,148) | (2,633,930) | (2,616,379) | (2,705,223) | (2,703,551) | (2,845,612) | (2,463,316) | (2,964,791) |
| Storage | (70,868) | (116,403) | (137,935) | (125,000) | (125,000) | (125,000) | (100,000) | (20,000) | (20,000) | (20,000) | (11,000) | (11,000) |
| Operating Expenses (Total) | (90,574) | (123,985) | (134,028) | (115,198) | (113,378) | (80,078) | (106,449) | (79,300) | (113,220) | (95,887) | (117,299) | (8,800) |
| **Cash Flow from Operations** | 195,362 | 62,641 | (170,729) | (309,730) | 48,147 | (984,475) | (806,208) | (849,372) | (893,097) | (798,097) | (392,253) | (660,813) |
| | | | | | | | | | | | | |
| **Financing** | | | | | | | | | | | | |
| Line-of-Credit (Payments) / Advances | (195,362) | 164,907 | 170,729 | 609,730 | 251,853 | 1,284,475 | 1,333,394 | 849,372 | 893,097 | 798,097 | 623,885 | 660,813 |
| Term Loan - Bank | - | (150,000) | - | - | - | - | (150,000) | - | - | - | (150,000) | - |
| Term Loan - Vendors | - | - | - | (300,000) | (300,000) | (300,000) | (300,000) | - | - | - | - | - |
| Interest Expense - LOC | - | (47,194) | - | - | - | - | (49,319) | - | - | - | (58,653) | - |
| Interest Expense - Term Loan - Bank | - | (15,354) | - | - | - | - | (14,667) | - | - | - | (13,979) | - |
| Interest Expense - Term Loan - Vendors | - | (15,000) | - | - | - | - | (13,200) | - | - | - | (9,000) | - |
| **Cash Flow from Financing** | (195,362) | (62,641) | 170,729 | 309,730 | (48,147) | 984,475 | 806,208 | 849,372 | 893,097 | 798,097 | 392,253 | 660,813 |
| **Collateral Analysis** | | | | | | | | | | | | |
| **Ending Balance** | | | | | | | | | | | | |
| Accounts Receivable | 18,324,863 | 18,466,214 | 18,302,615 | 18,664,254 | 19,326,551 | 19,957,443 | 21,015,136 | 21,767,716 | 22,309,041 | 22,953,700 | 24,216,837 | 24,135,309 |
| Inventory | 13,397,127 | 13,549,044 | 14,058,622 | 14,644,468 | 14,598,006 | 14,540,747 | 14,293,945 | 14,973,987 | 14,734,375 | 14,871,894 | 14,421,656 | 15,596,567 |
| Accounts Payable | 5,653,565 | 6,561,072 | 7,026,373 | 7,894,344 | 8,766,723 | 8,519,293 | 8,587,726 | 9,155,072 | 8,598,409 | 8,575,688 | 8,934,703 | 9,291,710 |
| **Borrowing Base Availability** | | | | | | | | | | | | |
| Total Accounts Receivable Borrowing Base | 14,811,734 | 15,099,474 | 15,137,489 | 15,612,058 | 16,366,043 | 17,088,035 | 17,994,186 | 18,638,940 | 19,123,657 | 19,676,557 | 20,759,905 | 20,689,981 |
| Total Inventory Borrowing Base | 8,081,147 | 8,234,431 | 8,589,818 | 8,995,365 | 9,014,269 | 9,026,168 | 8,919,422 | 9,343,768 | 9,194,250 | 9,376,729 | 9,092,854 | 9,833,635 |
| | | | | | | | | | | | | |
| Gross Borrowing Base | 22,892,881 | 23,333,906 | 23,727,307 | 24,607,423 | 25,380,312 | 26,114,203 | 26,913,608 | 27,982,708 | 28,317,907 | 29,053,287 | 29,852,759 | 30,523,616 |
| - Adjustments | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) |
| Net Borrowing Base | 22,460,881 | 22,901,906 | 23,295,307 | 24,175,423 | 24,948,312 | 25,682,203 | 26,481,608 | 27,550,708 | 27,885,907 | 28,621,287 | 29,420,759 | 30,091,616 |
| | | | | | | | | | | | | |
| Line of Credit Balance (excluding Overadvance) | 20,495,991 | 20,660,899 | 20,831,628 | 21,441,358 | 21,693,211 | 22,977,687 | 24,311,080 | 25,160,452 | 26,053,549 | 26,851,646 | 27,475,532 | 28,136,345 |
| Letter of Credit Balance | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| **Remaining Availability / (Overadvance)** | 964,890 | 1,241,007 | 1,463,679 | 1,734,065 | 2,255,101 | 1,704,517 | 1,170,528 | 1,390,256 | 832,358 | 769,640 | 945,227 | 955,271 |
| **Collateralization** | | | | | | | | | | | | |
| Accounts Receivable | 18,324,863 | 18,466,214 | 18,302,615 | 18,664,254 | 19,326,551 | 19,957,443 | 21,015,136 | 21,767,716 | 22,309,041 | 22,953,700 | 24,216,837 | 24,135,309 |
| Inventory | 13,397,127 | 13,549,044 | 14,058,622 | 14,644,468 | 14,598,006 | 14,540,747 | 14,293,945 | 14,973,987 | 14,734,375 | 14,871,894 | 14,421,656 | 15,596,567 |
| Less: Line of Credit Balance & Overadvance Facility | (23,845,991) | (23,860,899) | (24,031,628) | (24,641,358) | (24,893,211) | (26,177,687) | (27,361,080) | (28,210,452) | (29,103,549) | (29,901,646) | (30,375,532) | (31,036,345) |
| **Over-collateralization** | 7,875,999 | 8,154,359 | 8,329,609 | 8,667,364 | 9,031,346 | 8,320,503 | 7,948,000 | 8,531,251 | 7,939,868 | 7,923,947 | 8,262,962 | 8,695,531 |



Confidential
7

# Thornton & Company – Plan Summary



| Cash Flow Summary | W/E 10/16/2015 | W/E 10/23/2015 | W/E 10/30/2015 | W/E 11/6/2015 | W/E 11/13/2015 | W/E 11/20/2015 | W/E 11/27/2015 | W/E 12/4/2015 | W/E 12/11/2015 | W/E 12/18/2015 | W/E 12/25/2015 | W/E 1/1/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Projected Sales | 3,059,438 | 3,059,438 | 3,600,865 | 3,104,580 | 2,827,500 | 3,534,375 | 2,792,726 | 3,917,813 | 3,300,938 | 3,684,375 | 3,021,188 | 4,347,563 |
| **Sales Receipts** | 2,549,382 | 2,786,999 | 2,741,184 | 2,894,029 | 2,915,572 | 2,996,167 | 3,011,552 | 3,042,209 | 3,103,458 | 3,147,410 | 3,308,606 | 3,245,413 |
| **Disbursements** | | | | | | | | | | | | |
| Cost of Goods Sold | | | | | | | | | | | | |
| Freight | (65,000) | (65,000) | (65,000) | (65,000) | (65,000) | (65,000) | (65,000) | (65,000) | (65,000) | (65,000) | (65,000) | (65,000) |
| Material Packaging | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) | (20,000) |
| Vendor Inventory Payments | (2,998,783) | (2,708,507) | (2,950,660) | (2,737,273) | (3,428,063) | (2,789,529) | (3,198,473) | (2,982,827) | (3,326,755) | (3,332,724) | (3,474,354) | (3,333,211) |
| Storage | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) | (11,000) |
| Operating Expenses (Total) | (153,150) | (96,135) | (83,752) | (31,938) | (151,350) | (103,297) | (97,277) | (31,288) | (121,300) | (124,201) | (121,387) | (31,488) |
| **Cash Flow from Operations** | (698,552) | (113,643) | (389,228) | 28,817 | (759,840) | 7,341 | (380,198) | (67,906) | (440,597) | (405,515) | (383,135) | (215,286) |
| **Financing** | | | | | | | | | | | | |
| Line-of-Credit (Payments) / Advances | 698,552 | 113,643 | 389,228 | 458,894 | 759,840 | (7,341) | 380,198 | 558,060 | 440,597 | 405,515 | 383,135 | 707,302 |
| Term Loan - Bank | - | - | - | (150,000) | - | - | - | (150,000) | - | - | - | (150,000) |
| Term Loan - Vendors | - | - | - | (250,000) | - | - | - | (250,000) | - | - | - | (250,000) |
| Interest Expense - LOC | - | - | - | (65,419) | - | - | - | (69,799) | - | - | - | (73,600) |
| Interest Expense - Term Loan - Bank | - | - | - | (13,292) | - | - | - | (12,604) | - | - | - | (11,917) |
| Interest Expense - Term Loan - Vendors | - | - | - | (9,000) | - | - | - | (7,750) | - | - | - | (6,500) |
| **Cash Flow from Financing** | 698,552 | 113,643 | 389,228 | (28,817) | 759,840 | (7,341) | 380,198 | 67,906 | 440,597 | 405,515 | 383,135 | 215,286 |
| **Collateral Analysis** | | | | | | | | | | | | |
| **Ending Balance** | | | | | | | | | | | | |
| Accounts Receivable | 24,645,365 | 24,917,803 | 25,777,485 | 25,988,036 | 25,899,964 | 26,438,172 | 26,219,346 | 27,094,950 | 27,292,429 | 27,829,395 | 27,541,976 | 28,644,126 |
| Inventory | 15,630,449 | 15,409,418 | 15,339,245 | 15,052,339 | 16,055,427 | 15,840,664 | 16,660,981 | 15,836,086 | 16,798,981 | 16,813,356 | 17,437,864 | 16,842,106 |
| Accounts Payable | 9,149,140 | 9,041,933 | 9,342,898 | 9,174,933 | 9,351,258 | 9,598,592 | 9,789,743 | 9,586,409 | 10,259,411 | 10,330,687 | 10,260,333 | 10,331,122 |
| **Borrowing Base Availability** | | | | | | | | | | | | |
| Total Accounts Receivable Borrowing Base | 21,127,437 | 21,361,098 | 22,098,415 | 22,278,998 | 22,203,461 | 22,665,063 | 22,477,384 | 23,228,357 | 23,397,729 | 23,858,264 | 23,611,756 | 24,557,030 |
| Total Inventory Borrowing Base | 9,854,998 | 9,715,638 | 9,671,394 | 9,490,500 | 10,122,946 | 10,039,021 | 10,558,897 | 10,036,120 | 10,646,354 | 10,655,464 | 11,107,919 | 10,728,422 |
| Gross Borrowing Base | 30,982,436 | 31,076,736 | 31,769,809 | 31,769,497 | 32,326,408 | 32,704,084 | 33,036,281 | 33,264,477 | 34,044,083 | 34,513,729 | 34,719,675 | 35,285,451 |
| - Adjustments | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) |
| Net Borrowing Base | 30,550,436 | 30,644,736 | 31,337,809 | 31,337,497 | 31,894,408 | 32,272,084 | 32,604,281 | 32,832,477 | 33,612,083 | 34,081,729 | 34,287,675 | 34,853,451 |
| Line of Credit Balance (excluding Overadvance) | 28,834,897 | 28,948,539 | 29,337,767 | 29,796,661 | 30,556,501 | 30,549,160 | 30,929,359 | 31,487,419 | 31,928,016 | 32,333,531 | 32,716,666 | 33,423,969 |
| Letter of Credit Balance | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| **Remaining Availability / (Overadvance)** | 715,539 | 696,197 | 1,000,042 | 540,836 | 337,906 | 722,923 | 674,922 | 345,058 | 684,067 | 748,197 | 571,009 | 429,482 |
| **Collateralization** | | | | | | | | | | | | |
| Accounts Receivable | 24,645,365 | 24,917,803 | 25,777,485 | 25,988,036 | 25,899,964 | 26,438,172 | 26,219,346 | 27,094,950 | 27,292,429 | 27,829,395 | 27,541,976 | 28,644,126 |
| Inventory | 15,630,449 | 15,409,418 | 15,339,245 | 15,052,339 | 16,055,427 | 15,840,664 | 16,660,981 | 15,836,086 | 16,798,981 | 16,813,356 | 17,437,864 | 16,842,106 |
| Less: Line of Credit Balance & Overadvance Facility | (31,734,897) | (31,848,539) | (32,237,767) | (32,546,661) | (33,306,501) | (33,299,160) | (33,679,359) | (34,087,419) | (34,528,016) | (34,933,531) | (35,316,666) | (35,873,969) |
| **Over-collateralization** | 8,540,917 | 8,478,682 | 8,878,962 | 8,493,714 | 8,648,889 | 8,979,675 | 9,200,969 | 8,843,617 | 9,563,394 | 9,709,219 | 9,663,173 | 9,612,263 |



RELENTLESS. RESULTS.

# Thornton & Company – Plan Summary



| Cash Flow Summary | 2016 January | 2016 February | 2016 March | 2016 April | 2016 May | 2016 June | 2016 July | 2016 August | 2016 September | 2016 October | 2016 November | 2016 December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Projected Sales** | 14,737,500 | 14,737,500 | 14,737,500 | 14,737,500 | 14,737,500 | 14,737,500 | 14,737,500 | 14,737,500 | 14,737,500 | 14,737,500 | 14,737,500 | 14,737,500 |
| **Sales Receipts** | 14,659,712 | 14,484,499 | 14,722,763 | 14,722,763 | 14,722,763 | 14,722,763 | 14,722,763 | 14,722,763 | 14,722,763 | 14,722,763 | 14,722,763 | 14,722,763 |
| **Disbursements** | | | | | | | | | | | | |
| Cost of Goods Sold | | | | | | | | | | | | |
| Freight | (325,000) | (325,000) | (325,000) | (325,000) | (325,000) | (325,000) | (325,000) | (325,000) | (325,000) | (325,000) | (325,000) | (325,000) |
| Material Packaging | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) |
| Vendor Inventory Payments | (13,558,500) | (13,558,500) | (13,558,500) | (13,558,500) | (13,558,500) | (13,558,500) | (13,558,500) | (13,558,500) | (13,558,500) | (13,558,500) | (13,558,500) | (13,558,500) |
| Storage | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) | (55,000) |
| Operating Expenses (Total) | (400,022) | (400,022) | (400,022) | (400,022) | (400,022) | (400,022) | (400,022) | (400,022) | (400,022) | (400,022) | (400,022) | (400,022) |
| **Cash Flow from Operations** | 221,190 | 45,976 | 284,240 | 284,240 | 284,240 | 284,240 | 284,240 | 284,240 | 284,240 | 284,240 | 284,240 | 284,240 |
| **Financing** | | | | | | | | | | | | |
| Line-of-Credit (Payments) / Advances | 96,886 | 271,249 | 32,533 | 31,535 | 30,534 | 29,531 | 28,526 | 27,519 | 26,509 | 25,497 | (25,518) | (76,399) |
| Term Loan - Bank | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) | (125,000) |
| Term Loan - Vendors | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (100,000) | (50,000) | |
| Interest Expense - LOC | (76,597) | (76,819) | (77,440) | (77,515) | (77,587) | (77,657) | (77,725) | (77,790) | (77,853) | (77,914) | (77,972) | (77,914) |
| Interest Expense - Term Loan - Bank | (11,229) | (10,656) | (10,083) | (9,510) | (8,938) | (8,365) | (7,792) | (7,219) | (6,646) | (6,073) | (5,500) | (4,927) |
| Interest Expense - Term Loan - Vendors | (5,250) | (4,750) | (4,250) | (3,750) | (3,250) | (2,750) | (2,250) | (1,750) | (1,250) | (750) | (250) | |
| **Cash Flow from Financing** | (221,190) | (45,976) | (284,240) | (284,240) | (284,240) | (284,240) | (284,240) | (284,240) | (284,240) | (284,240) | (284,240) | (284,240) |
| **Collateral Analysis** | | | | | | | | | | | | |
| **Ending Balance** | | | | | | | | | | | | |
| Accounts Receivable | 28,721,913 | 28,974,915 | 28,989,652 | 29,004,390 | 29,019,127 | 29,033,865 | 29,048,602 | 29,063,340 | 29,078,077 | 29,092,815 | 29,107,552 | 29,122,290 |
| Inventory | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 |
| Accounts Payable | 10,331,122 | 10,331,122 | 10,331,122 | 10,331,122 | 10,331,122 | 10,331,122 | 10,331,122 | 10,331,122 | 10,331,122 | 10,331,122 | 10,331,122 | 10,331,122 |
| **Borrowing Base Availability** | | | | | | | | | | | | |
| Total Accounts Receivable Borrowing Base | 24,623,745 | 24,840,736 | 24,853,375 | 24,866,015 | 24,878,655 | 24,891,295 | 24,903,935 | 24,916,575 | 24,929,214 | 24,941,854 | 24,954,494 | 24,967,134 |
| Total Inventory Borrowing Base | 10,728,422 | 10,728,422 | 10,728,422 | 10,728,422 | 10,728,422 | 10,728,422 | 10,728,422 | 10,728,422 | 10,728,422 | 10,728,422 | 10,728,422 | 10,728,422 |
| Gross Borrowing Base | 35,352,167 | 35,569,157 | 35,581,797 | 35,594,437 | 35,607,077 | 35,619,716 | 35,632,356 | 35,644,996 | 35,657,636 | 35,670,276 | 35,682,916 | 35,695,555 |
| - Adjustments | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) | (432,000) |
| Net Borrowing Base | 34,920,167 | 35,137,157 | 35,149,797 | 35,162,437 | 35,175,077 | 35,187,716 | 35,200,356 | 35,212,996 | 35,225,636 | 35,238,276 | 35,250,916 | 35,263,555 |
| Line of Credit Balance (excluding Overadvance) | 33,520,855 | 33,792,103 | 33,824,636 | 33,856,171 | 33,886,706 | 33,916,237 | 33,944,763 | 33,972,281 | 33,998,790 | 34,024,287 | 33,998,769 | 33,922,369 |
| Letter of Credit Balance | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| **Remaining Availability / (Overadvance)** | 399,312 | 345,054 | 325,161 | 306,266 | 288,371 | 271,480 | 255,593 | 240,715 | 226,846 | 213,989 | 252,147 | 341,186 |
| **Collateralization** | | | | | | | | | | | | |
| Accounts Receivable | 28,721,913 | 28,974,915 | 28,989,652 | 29,004,390 | 29,019,127 | 29,033,865 | 29,048,602 | 29,063,340 | 29,078,077 | 29,092,815 | 29,107,552 | 29,122,290 |
| Inventory | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 | 16,842,106 |
| Less: Line of Credit Balance & Overadvance Facility | (35,845,855) | (35,992,103) | (35,899,636) | (35,806,171) | (35,711,706) | (35,616,237) | (35,519,763) | (35,422,281) | (35,323,790) | (35,224,287) | (35,073,769) | (34,872,369) |
| **Over-collateralization** | 9,718,165 | 9,824,918 | 9,932,122 | 10,040,325 | 10,149,528 | 10,259,734 | 10,370,946 | 10,483,165 | 10,596,393 | 10,710,634 | 10,875,890 | 11,092,027 |



RELENTLESS. RESULTS.

# Thornton & Company – Plan Summary









## **EXHIBIT B**

Budget for Preliminary Use of Cash Collateral

**Thornton & Company, Inc.**
**Cash Collateral Budget**

| ($ thousands) | W/E 8/14/2015 | W/E 8/21/2015 | W/E 8/28/2015 | W/E 9/4/2015 | W/E 9/11/2015 | W/E 9/18/2015 |
|---|---|---|---|---|---|---|
| **Cash Inflows** | | | | | | |
| Inventory Collections | - | - | - | 221 | 387 | 387 |
| AR Collections | 389 | 389 | 555 | 844 | 1,089 | 1,089 |
| Other Collections | - | - | - | - | - | - |
| **Total Weekly Cash Inflows** | $ 389 | $ 389 | $ 555 | $ 1,065 | $ 1,475 | $ 1,475 |
| | | | | | | |
| **Cash Outflows** | | | | | | |
| **Operating Expenses** | | | | | | |
| Freight, Storage, Packing | (10) | (10) | (10) | (11) | (19) | (19) |
| Critical Vendor Payments | | (240) | (240) | (360) | (360) | |
| Executive Payroll | | (37) | | (37) | | (37) |
| Office Staff | | (64) | | (14) | | (14) |
| Severance | | | | (36) | | (36) |
| Rent | | | | (6) | | |
| Utilities | | | | (3) | | |
| Other Expenses | (2) | (2) | (2) | (2) | (2) | (2) |
| **Total Operating Expenses** | (12) | (353) | (252) | (469) | (381) | (108) |
| **Professional Expenses** | | | | | | |
| Legal - Company | | | | (35) | | |
| Creditor Professional Fees | | | | (15) | | |
| US Trustee / Court Fee | | | | - | | |
| Gordian Monthly Fees | | | | (20) | | |
| Gordian Liquidation Fee (4%) (1) | | | | | | (13) |
| **Total Professional Expenses** | - | - | - | (70) | - | (13) |
| | | | | | | |
| **Total Financing Expenses** | - | - | - | - | - | - |
| | | | | | | |
| **Total Weekly Cash Outflows** | $ (12) | $ (353) | $ (252) | $ (539) | $ (381) | $ (122) |
| | | | | | | |
| **Weekly Cash Flow Surplus (Use)** | $ 377 | $ 36 | $ 303 | $ 526 | $ 1,094 | $ 1,354 |

| **Debt Summary** | | | | | | |
|---|---|---|---|---|---|---|
| LOC (2) (3) | 18,941 | 18,564 | 18,528 | 18,225 | 17,699 | 16,604 |
| (-) Paydown | (377) | (36) | (303) | (526) | (1,094) | (1,354) |
| **LOC Ending Balance** | 18,564 | 18,528 | 18,225 | 17,699 | 16,604 | 15,251 |
| | | | | | | |
| Bank Term Loan and Overadvance Facility (2) | 3,050 | 3,050 | 3,050 | 3,050 | 3,050 | 3,050 |
| (-) Paydown | (0) | (0) | (0) | 0 | - | - |
| **Overadvance Ending Balance** | 3,050 | 3,050 | 3,050 | 3,050 | 3,050 | 3,050 |
| | | | | | | |
| Accounts Payable (Unsecured Claims) (4) | 11,628 | 11,628 | 11,388 | 11,148 | 10,788 | 10,428 |
| (-) Paydown | - | (240.0) | (240.0) | (360.0) | (360.0) | - |
| **Accounts Payable (Unsecured Claims) Ending Balance** | 11,628 | 11,388 | 11,148 | 10,788 | 10,428 | 10,428 |

**Notes:**
(1) Gordian monthly fees (including two paid fees for July & August) are credited against Liquidation fees (in aggregate, $100,000 representing five monthly fees).
(2) Bank Term Loan, Overadvance Facility & LOC balances as of 8/6/15 Borrowing Base Certificate.
(3) Calculated as LOC balance on 8/6/15 BBC, plus (i) 500,000 in outstanding letters of credit as of 8/6/15; (ii) $826,000 of outstanding checks as of August 3, 2015;
(4) Balance from Aging AP as of 8/8/15.