**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| THORNTON & CO., INC. | : | CASE NO 15-21416 |
| | : | |
| Debtor | : | |
| | : | |

**DECLARATION OF WILLIAM J. ZERONSA**

| | | | |
|---|---|---|---|
| STATE OF CONNECTICUT | ) | | |
| | ) | ss: | Southington, Connecticut |
| COUNTY OF HARTFORD | ) | | |

1. I, William J. Zeronsa, being over the age of eighteen (18) years and believing in the sanctity of an oath, do hereby depose and say the following under penalty of perjury:

2. I am the Chief Financial Officer of Thornton & Co., Inc. (the "Debtor" or "TCI").

3. I am generally familiar with the Debtor's day-to-day operations, business affairs, books and records as well as the Debtor's restructuring efforts.

4. As described below, the Debtor has filed its chapter 11 case to implement an orderly liquidation of its business and assets for the benefit of all creditors.

5. The information contained herein is based on my personal knowledge, my examination of the books and records of TCI or my opinions based on my experience and knowledge of TCI and its financial conditions and operations.

**INTRODUCTION**

6. On August 10, 2015 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Pursuant

1

to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to operate its businesses and manage its properties, affairs and assets as debtor-in-possession.

7. As part of TCI's bankruptcy filing several so-called "first day" motions were filed.

8. These motions include:

   a. Motion For Preliminary And Final Orders Authorizing Use Of Cash Collateral And Providing Adequate Protection To Secured Creditors;

   b. Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105 And 362 For (1) Authority To Maintain Pre-Petition Accounts And Cash Management Systems And (2) Directing Customer Payments To Debtor In Possession Account;

   c. Debtor's Motion For Authority To Pay Pre-Petition Employee Wages, Salaries, And Related Items; To Pay Pre-Petition Health Insurance Premiums; To Reimburse Pre-Petition Employee Business Expenses; And To Make Payments For Which Pre-Petition Payroll Deductions Were Made;

   d. Debtor's Motion For Authority To Make Payment On Pre-Petition Claims Of Critical Vendors;

   e. Debtor's Motion For Order Establishing Procedures For Making Claims Pursuant To 11 U.S.C. § 502(b)(9); and

   f. Debtor's Application to Retain Gordian Group as Financial Advisor and Investment Banker.

The above listed motions are collectively referred to as the Debtor's "First Day Motions."

9. The relief sought in the First Day Motions is consistent with the Debtor's restructuring goals, and will permit the Debtor to operate effectively and efficiently within chapter 11 and minimize potential adverse consequences of the bankruptcy filing. The First Day Motions are aimed at ensuring the Debtor maintains vital customer relationships. At the same time, the First Day Motions ensure that secured creditors are adequately protected. Similarly, the

First Day Motions make sure that employee wage and benefit obligations are paid to maintain the cohesiveness of TCI's work force.

## BACKGROUND OF DEBTOR'S BUSINESS

10. TCI is a leading international distributor, trader and wholesaler of plastic resins, providing a full offering of polyethylene and polypropylene products. With a comprehensive network of warehouse locations, TCI has unique capabilities to fulfill and deliver on customer requirements. J. Paul Thornton, Jr. founded TCI in 1994. Since its founding TCI has grown into a major player in the plastics market through building close relationships with customers and suppliers. Over the past several years, TCI has expanded the scope of its operations internationally by expanding its sales force and developing proprietary products, which are industry leaders.

11. Recently, the plastic resin market was impacted by volatile crude oil commodity prices. The substantial drop in crude oil prices that occurred during 2014 caused TCI to experience an erosion of the sale price it could receive for stockpiled inventory.

12. Despite the recovery of prices, positive market trends and TCI taking measures to return to profitability, TCI's secured lender, People's United Bank ("PUB"), while being oversecured, reduced availability on TCI's credit line and took further steps to render it difficult for TCI to maintain operations.

13. For the past several months, the Debtor has been unable to maintain the necessary level of purchasing and, accordingly, has seen a decrease in inventory, which has eroded its borrowing base. While the Debtor is effectively selling its inventory and collecting accounts receivable, the Debtor has insufficient capital or borrowing ability to rebuild its inventory stock.

14. Therefore, the Debtor has elected to resolve its financial affairs in an orderly fashion under the protection of Chapter 11. This process will consist first of an effort to sell TCI (or its assets) as a going concern, followed by a liquidation of remaining assets, if necessary.

## DEBTOR'S CREDIT FACILITY WITH PUB AND CAPITAL STRUCTURE

15. J. Paul Thornton, Jr. ("Paul") is the controlling shareholder of TCI. J. Paul Thornton, III ("Jake") and Nathan DeAngelis ("Nate") are the majority owners of TCI, but hold only non-voting stock.

16. In April 2011, TCI and PUB entered into a $30 million revolving loan and credit facility (the "PUB Loan"). By way of multiple amendments and restatements, the PUB Loan loan was ultimately increased to a $40 million revolving credit facility. Beginning in 2014, PUB began requesting modification to the PUB Loan, including: requiring personal guarantees, posting of collateral, modification of borrowing base requirements, etc.

17. At this time, PUB is owed approximately $21 million. The approximate market value TCI's inventory and accounts receivable are currently approximately $28 million.

18. *Personal Guarantees:* Paul, Jake and Nate have personally guaranteed the PUB Loan and pledged certain collateral to secure the over-advances. Paul's guarantee is limited to $5 million.

19. *Unsecured Trade Debt:* In the ordinary course of operations, the Debtor purchases hydrocarbon resin from numerous suppliers. The Debtor also purchases goods and services for use in normal operations. As of the Petition Date, the Debtor owed general unsecured creditors approximately $10.6 million.

## EMPLOYEES AND WORKFORCE

20. As of August 1, 2015, TCI employed 20 people, including 12 at its Southington, Connecticut headquarters and 8 sale representatives, who work in various locations. TCI has begun reduction of its workforce.

21. Cash flow difficulties since May 2015 have resulted in the inability to continue expansion of sale volume on account of the lack of ability to purchase inventory in adequate volume.

22. TCI anticipates that it will reduce its workforce in stages over the liquidation period, which it expects to last between four and six months.

## THE NEED FOR GRANTING OF THE FIRST DAY MOTIONS

23. I have reviewed the First Day Motions and it is my belief that they should be granted to afford the Debtor an opportunity to reorganize.

24. The First Day Motions will permit the Debtor to operate in the ordinary course of business and provide its employees, suppliers and customers the confidence needed to allow them to continue to do business with the Debtor so that the Debtor can wind-down its operations in an orderly fashion so as to maximize recovery for all stakeholders.

25. For these reasons I urge the Court to grant the Debtor's First Day Motions.

26. I declare that the foregoing is true and correct to the best of my knowledge, subject to the penalty of perjury.

*SIGNATURES ON NEXT PAGE*

Subscribed and sworn this 10TH day of August, 2015 at Southington, Connecticut

                                              THORNTON & CO., INC.

                                              _____
                                              William J. Zeronsa
                                              Its Chief Financial Officer