**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| THORNTON & CO., INC. | : | CASE NO 15-21416 (AMN) |
| | : | |
| Debtor | : | |
| | : | AUGUST 10, 2015 |

## NOTICE OF HEARING RE: DEBTOR'S FIRST DAY MOTIONS

The Debtor has filed papers with the court. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**PLEASE TAKE NOTICE that a hearing has scheduled for August 12, 2015 at 2:00 PM and will be held at the U.S. Bankruptcy Court, 450 Main Street, Hartford, Connecticut** to consider and act upon the following:

a.  Motion For Preliminary And Final Orders Authorizing Use Of Cash Collateral And Providing Adequate Protection To Secured Creditors;

b.  Motion For Entry Of An Order Pursuant To 11 U.S.C. §§ 105 And 362 For (1) Authority To Maintain Pre-Petition Accounts And Cash Management Systems And (2) Directing Customer Payments To Debtor In Possession Account;

c.  Debtor's Motion For Authority To Pay Pre-Petition Employee Wages, Salaries, And Related Items; To Pay Pre-Petition Health Insurance Premiums; To Reimburse Pre-Petition Employee Business Expenses; And To Make Payments For Which Pre-Petition Payroll Deductions Were Made;

d.  Debtor's Motion For Authority To Make Payment On Pre-Petition Claims Of Critical Vendors;

e.  Debtor's Motion For Order Establishing Procedures For Making Claims Pursuant To 11 U.S.C. § 502(b)(9); and

f.  Debtor's Application to Retain Gordian Group as Financial Advisor and Investment Banker.


NOTICE IS FURTHER GIVEN that said hearing may be continued or adjourned from time to time without further notice other than an order in open court.

If you want the court to consider your views on the above mentioned matter(s), then you or your attorney must be in attendance on the above scheduled date.

If you or your attorney do not attend the above scheduled hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated this 10th day of August, 2015 at New Haven, Connecticut

<br>

THE DEBTOR:
THORNTON & CO., INC.

By: /s/ Jeffrey M. Sklarz
Jeffrey M. Sklarz (ct20938)
Nicholas W. Quesenberry (ct29716)
GREEN & SKLARZ LLC
700 State Street, Suite 100
New Haven, CT 06511
(203) 285-8545
Fax: (203) 823-4546
jskalrz@gs-lawfirm.com
nquesenberry@gs-lawfirm.com