UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| In re | CHAPTER 11 |
| THORNTON & CO., | Case No. 15-21416(AMN) |
| Debtor. | |

## APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, the following creditors of the above-captioned debtor, which creditors are among the largest unsecured claimants and have indicated a willingness to serve, are appointed to the committee of unsecured creditors:

**FORMOSA PLASTICS CORPORATION**
Attn: Joseph P. Colangelo, Director of Credit
9 Peach Tree Hill Road
Livingston, New Jersey 07039
Telephone: (973) 716-7258

**EQUISTAR CHEMICALS, LP**
Attn: Jack Frick, Sr. Credit Manager
1221 McKinney Street, Suite 300
Houston, Texas 77010
Telephone: (713) 309-7200

**WESTLAKE LONGVIEW CORPORATION**
Attn: Bruce P. Robertson, Assistant Treasurer
2801 Post Oak Blvd., Suite 600
Houston, Texas 77056
Telephone: (713) 585-2566

**CELANESE PERFORMANCE POLYMERS**
Attn: Tina Wilson, Credit Manager Americas
225 E. John Carpenter Frwy, Suite 1200
Irving, Texas 75062
Telephone: (972) 443-4895

**SUNTECK TRANSPORT CO., INC.**
Attn: Kimberley K. Stein, Corporate Counsel (in house)
4500 Salisbury Road, Suite 305
Jacksonville, Florida 32216
Telephone: (904) 570-3470

Dated:  August 20, 2015  Respectfully submitted,
New Haven, Connecticut

        WILLIAM K. HARRINGTON
        UNITED STATES TRUSTEE FOR REGION 2

By:  /s/ *Kim L. McCabe*
    Kim L. McCabe ct 23661
    Assistant United States Trustee
    Office of the United States Trustee
    Giaimo Federal Building
    150 Court Street, Room 302
    New Haven, CT 06510
    Telephone: (203)773-2210
    Email: Kim.McCabe@usdoj.gov