UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE:<br><br>THORNTON & CO., INC.,<br><br>    DEBTOR. | ) CHAPTER 7<br>)<br>) CASE NO. 15-21416 (AMN)<br>)<br>) Re: ECF No. 1362<br>)<br>) |
| BONNIE C. MANGAN, Chapter 7 Trustee for<br>THORNTON & CO., INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>THE DOW CHEMICAL COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Adv. Pro. No. 18-02079<br>) Re: ECF No. 40<br>)<br>)<br>) |
| BONNIE C. MANGAN, Chapter 7 Trustee for<br>THORNTON & CO., INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>DOW CHEMICAL CANADA ULC,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Adv. Pro. No. 18-02080<br>) Re: ECF No. 41<br>)<br>)<br>) |

**ORDER GRANTING MOTION TO APPROVE
SETTLEMENT AGREEMENT BETWEEN CHAPTER 7 TRUSTEE AND
THE DOW CHEMICAL COMPANY AND DOW CHEMICAL CANADA ULC**

Upon the Motion (the "Motion") to Approve Settlement Agreement Between Chapter 7

Trustee, Bonnie C. Mangan (the "Trustee") and The Dow Chemical Company ("Dow

Chemical") and Dow Chemical Canada ULC ("Dow Canada") Resolving Adversary Proceedings (the "Settlement Agreement"), due and adequate notice having been made, and upon further consideration by the Court, it is hereby:

**ORDERED** that, the Motion is hereby granted; and it is further

**ORDERED** that, any objections and/or reservation of rights as to the Motion and/or the Settlement Agreement are overruled with prejudice, and it is further

**ORDERED** that, all capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion and/or the Settlement Agreement; and it is further

**ORDERED** that, pursuant to Bankruptcy Rule 9019 and section 105(a) of the Bankruptcy Code, the Settlement Agreement is authorized and approved in its entirety and all of its terms and conditions are incorporated herein by reference; and it is further

**ORDERED** that, the United States Bankruptcy Court for the District of Connecticut shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and/or interpretation of this Order, notwithstanding the closure or dismissal of the Debtor's bankruptcy case; and it is further

**ORDERED** that, the Trustee shall file a notice certifying receipt of the settlement payments authorized by the Settlement Agreement within ten (10) days after such receipt; and it is further

**ORDERED** that, the Clerk shall close the adversary proceedings captioned above upon the expiration of the appeal period for this Order and the filing of the Trustee's certification that the payment(s) have been received.

Dated this 6th day of August, 2019, at New Haven, Connecticut.

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut