**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| IN RE:              )<br>                     )<br>                     )<br>THORNTON & CO., INC.,     )<br>                     )<br>                     )<br>        DEBTOR.     )<br>                     ) | CHAPTER 7<br><br>CASE NO. 15-21416 (AMN) |

**ORDER GRANTING APPLICATION TO EMPLOY STOUT RISIUS ROSS, LLC AS EXPERT WITNESS AND CONSULTANT TO THE CHAPTER 7 TRUSTEE**

Upon the *Application to Employ Stout Risius Ross, LLC, as Expert Witness and Consultant to the Chapter 7 Trustee* (the "Application") filed by Bonnie C. Mangan, Chapter 7 Trustee (the "Trustee") of the estate of Thornton & Co., Inc. (the "Debtor"), dated December 31, 2019, praying for authority to employ and appoint Stout Risius Ross, LLC ("Stout") as expert witness and consultant to the Trustee pursuant to 11 U.S.C. § 327, *et seq.*; the Court being satisfied that Stout and the persons associated therewith do not represent and an interest adverse to the Debtor's estate, and is a disinterested person in the matters upon which Stout is to be engaged, and its employment is necessary and would be in the best interest of the estate, it is hereby

**ORDERED**, that the Application is **APPROVED** and the Trustee is authorized to retain Stout as expert witness and consultant on behalf of the estate under the terms of the engagement letter attached as Exhibit B to the Application; and it is further

**ORDERED**, that Trustee will compensate Stout for professional services in accordance to normal billing practice for services rendered based on hourly rates and actual out-of-pocket expenses incurred as set forth in the Application; and

{00148734.1 }

2

**ORDERED**, that Stout will apply to this Court for an award of compensation and reimbursement of expenses, in accordance with the applicable provisions of the U.S. Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court.