UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

In re:

THORNTON AND COMPANY, INC.,

Debtor.

Chapter 7
Case No. 15-21416 (AMN)
Re: ECF No. 1442

**ORDER GRANTING APPLICATION OF PEOPLE'S UNITED BANK, N.A. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

The Application of People's United Bank, N.A. for Allowance and Payment of Administrative Expense Claim ("Application") [ECF No. 1442] having been presented to this Court, and a hearing having been held of December 4, 2019, and no objections having been filed, and good cause appearing thereby, it is hereby

**ORDERED:** That, the Application is GRANTED as set forth herein; and it is further

**ORDERED**: That, People's United Bank, N.A. is allowed an administrative expense claim in the amount of $195,164.04, having the priority set forth in Bankruptcy Code Section 507(b); and it is further

**ORDERED:** That, the Trustee is authorized and directed to pay such claim from the Estate Account ending in 0056, as soon as practicable; and it is further

**ORDERED:** That, the payment made pursuant to this Order is subject to final adjustment and disgorgement.

Dated this 2nd day of January, 2020, at New Haven, Connecticut.

*Ann M. Nevins*
United States Bankruptcy Judge
District of Connecticut