UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 15-21416 (AMN) |
| | : | |
| | : | CHAPTER 7 |
| THORNTON & CO., INC., | : | |
| | : | |
| DEBTOR | : | JANUARY 17, 2023 |

## **CHAPTER 7 TRUSTEE'S STATUS REPORT**

TO THE HONORABLE ANN M. NEVINS, Chief United States Bankruptcy Judge:

Bonnie C. Mangan, Chapter 7 Trustee of the Bankruptcy Estate of Thornton & Co., Inc., (the "Trustee"), submits the following Status Report pursuant to this Court's Scheduling Order dated January 3, 2023, (ECF No. 1824), which provided that the Trustee shall file said report "on or before January 18, 2023 to address what steps she may need to take to administer this case" In response thereto, the Trustee respectfully reports as follows:

1. On August 10, 2015, the Debtor, Thornton & Co., Inc., (the "Debtor"), filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code. On December 10, 2015, Bonnie C. Mangan was appointed as the Chapter 7 Trustee of this bankruptcy estate and is currently serving in that capacity.

2. The Debtor was an international distributor, trader, and wholesaler of plastic resins with a comprehensive network of 49 warehouses located through the United States and Canada.

3. Pursuant to the orders of this Court the Trustee operated the Debtor's business until January 29, 2016. While operating the Debtor's business, the Trustee liquidated the remaining inventory of plastic resins, abandoned any

inventory that did not sell, and ceased the Debtor's business operations, (ECF Nos. 347, 360, 365, 405, and 461).

4. The Trustee's application to retain Bederson, LLP as Accountants to the bankruptcy estate was approved on July 14, 2017, (ECF No. 800)[1].

5. Through her Special Counsel[2], the Trustee commenced 67 adversary proceedings to collect accounts receivable and recover preference and fraudulent conveyances.

6. The Trustee's Special Counsel also assisted the Trustee in negotiating and resolving §503(b)(9) applications for administrative expenses filed by creditors, (ECF Nos. 1534 and 1535).

7. The Trustee reconciled the claims register and objected to Proofs of Claim as necessary, (ECF Nos. 1614, 1615, 1616, and 1617). The wage claims of Kevin Polucha and Joshua Prieve were objected to and a settlement in connection with the Trustee's objections to said claims was approved by this Court on October 28, 2021, (ECF No. 1724).

8. On November 30, 2021, the Trustee filed a Motion to Sell Remnant Assets of the Debtor Free and Clear, (ECF No. 1729). On February 9, 2022 the Court conducted an auction and the Remnant Assets of the Debtor were sold to SLFAQ, LLC for $13,000.00, (ECF NO. 1772).

---

[1] Adams Samartino & Company, PC and CohnReznick, LLP were also employed as accountants to the bankruptcy estate during the case administration but are no longer serving in that capacity as of the date of this Status Report see (ECF No. 418) and (ECF No. 429) for orders approving retention of those firms as accountant to the estate.

[2] Order approving retention of Hurwitz, Sagarin Slossberg & Knuff, LLC December 14, 2016, (ECF No. 706) and modifying appointment July 24, 2018, (ECF No. 1106); Order approving retention of Green & Sklarz, LLC  September 28, 2018, (ECF 1171).

9. On December 29, 2021, the Trustee prepared an Interim Final Report on and submitted the Interim Final Report to the Office of the United States Trustee for approval.

10. On December 30, 2021 the Office of the United States Trustee docketed the Trustee Interim Final Report, (ECF 1738). The Court approved the Interim Final Report on February 16, 2022 (ECF No. 1780) and distribution was made in accordance thereto.

11. On April 3, 2022, the Trustee filed a Motion to Sell Default Judgments, (ECF No. 1786) and on June 15, 2022 the Court entered the Trustee's proposed Order approving the sale of the Default Judgments to NV, LLC for $35,000.00, (ECF No. 1815).

12. Pursuant to her review of the case status, the Trustee became aware that Hurwitz, Sagarin Slossberk & Knuff, LLC, ("HSSK"), had not filed its final fee application.

13. HSSK was asked to file its final fee application and did so on December 20, 2022, (ECF No. 1823).

14. A hearing to address the final fee application of HSSK is scheduled for January 25, 2023, (ECF No. 1826).

15. When HSSK's final fee application is approved and funds are disbursed, the Trustee will take the following steps to complete the administration of the bankruptcy estate:

    A.    Make a final review and reconciliation of the claims register;

B. Consult with Bederson, LLP so that final tax returns can be filed with the Department of the Treasury, Internal Revenue Service and State of Connecticut Department of Revenue Services;

C. Submit final tax returns along with an application for prompt determination to the Internal Revenue Service and State of Connecticut Department of Revenue Services;

D. Update any charges or expenses that the estate has incurred since the approval of the Interim Final Report;

E. Update and submit the Final Report to the Office of the United States Trustee for approval and docketing with the Court;

F. Make final distribution pursuant to the Court's order;

G. Once all checks have cleared, file the Trustee's Final Account.

16. Throughout her administration of the case, the Trustee has collected $10,742,075.79. As of the date of this report, the Trustee has $464,920.45 in the bankrutpcy estate account presently on hand for final distribution.

17. A final dividend to allowed general unsecured claims will be determined at the time the Final Report is prepared.

18.     The Trustee estimates that it will take approximately six (6) months to complete the steps identified above to close the case.

Dated at South Windsor, Connecticut, this 17th day of January, 2023

> Bonnie C. Mangan, Trustee of
> THE BANKRUPTCY ESTATE OF
> THORNTON & CO. INC.
>
> /s/ Bonnie C. Mangan
> _____
> Bonnie C. Mangan
> Bar No. CT 03759
> The Law Office of Bonnie C. Mangan, PC
> Westview Office Park
> 1050 Sullivan Avenue, Suite A3
> South Windsor, CT 06074
> (860) 644-4204 Phone
> (860) 644-4934 Fax
> bonnie.mangan@manganlaw.com